IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SKY TIPTON,                                        :
                          Plaintiff                :
          v.                                       : Case No. 3:24-cv-126-KAP
SUPERINTENDENT SCOTT                               :
KLINEFELTER, S.C.I. HOUTZDALE, *et al.*,           :
                          Defendants               :

Memorandum Order

Plaintiff's untitled pleading docketed as a motion regarding mail delivery, ECF no. 29, is denied.

Plaintiff's motion to withdraw consent, ECF no. 30, is denied. Plaintiff has failed to show any reason why consent should be revoked. Following the procedure implicitly approved by the Court of Appeals in In re MTE Holdings LLC, 136 F.4th 506, 514 n.6 (3d Cir. 2025), plaintiff can appeal this ruling to the Chief Judge of the district, or raise the issue in the Court of Appeals in any appeal after final judgment. Unless I am removed midstream I will continue to preside as currently.

Counsel's motion to withdraw at ECF no. 31 is granted.

Plaintiff's motion to compel at ECF no. 32 is dated July 23, 2025 but filed only on August 14, 2025. Defendants shall respond to it on or before August 25, 2025.

DATE:  August 15, 2025        _____
                              Keith A. Pesto,
                              United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Sky Tipton QH-5217
S.C.I. Frackville
1111 Altamont Boulevard
Frackville, PA 17931