IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SKY TIPTON, :
        Plaintiff :
  v. : Case No. 3:24-cv-126-KAP
SUPERINTENDENT SCOTT :
KLINEFELTER, S.C.I. HOUTZDALE, *et al.*, :
        Defendants :

<u>Memorandum Order</u>

    Upon consideration of defendants' response at ECF no. 40, plaintiff's motions to compel at ECF no. 32 and ECF no. 35 are denied as moot. The defendants' motion at ECF no. 37 for extension of time is likewise denied as moot.

    The plaintiff's motion to withdraw consent at ECF no. 36, is denied because it is a duplicate of the motion to withdraw consent at ECF no. 30 that I already ruled on two months ago at ECF no. 33. As I said at that time I will continue to preside unless and until I am ordered not to. The plaintiff's motion to appoint counsel at ECF no. 38 and related motion for case update at ECF no. 39 are denied because nothing relevant has changed since my denial at ECF no. 10 of plaintiff's motion for counsel at ECF no. 8. Local Civil Rule 10.C provides that "[a]bsent special circumstances, no motions for the appointment of counsel will be granted until after dispositive motions have been resolved." It is a given that appointment of counsel would aid a *pro se* plaintiff: the local rule reflects the experience-based judgment of the District Court that, given the few attorneys who have expressed willingness to represent inmates *pro bono*, counsel should be reserved for cases pending trial. This case presents nothing that can be considered a special circumstance.

    This proceeding was delayed by the cyberattack on defendants' counsel's office as described in ECF no. 37. Now that that has been dealt with, the pretrial schedule is modified as follows: motions for summary judgement shall be filed by November 30, 2025 and responded to by December 31, 2025. If no motions for summary judgment are filed plaintiff shall file his pretrial statement on or before December 15, 2025, and the remaining defendants shall file theirs on or before December 31, 2025.

DATE:  October 30, 2025                                   
                                                    Keith A. Pesto,
                                                    United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Sky Tipton QH-5217
S.C.I. Frackville
1111 Altamont Boulevard
Frackville, PA 17931